UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN PATTERSON

    Plaintiff

**AFFIDAVIT OF SERVICE**

14-cv-5330

THE CITY OF NEW YORK, et al

    Defendants
------------------------------------------------------------------------X


    Michael Colihan, an attorney duly licenced to practice before all the Courts of the state of New York, affirms the truth of the following under penalties of perjury:

    1. I am over the age of 18 years, am not a party to this action, and reside in the state of New York:

    2. On the 3rd day of December, 2014 at about 11:45am I served the summons and complaint herein in this action upon the defendant ROBERT WOODHOUSE by delivering a true copy of same to SGT. FELIX RODRIGUEZ at One Police Plaza, , Room 1310, NY, NY 10038, a person of suitable age and discretion, who represented that she was authorized to accept same.

    I describe the said SGT.FELIX RODRIGUEZ as follows: Hispanic male about 45 years of age, 5''7" in height, with black hair and brown eyes.

    This is an Electronic Signature

    _____/s/_____
    MICHAEL COLIHAN

Affirmed 12/4/2014