USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

CHRISTIAN PATTERSON,

                              **ORDER**

                Plaintiff,

        -against--                      14 Civ. 5330 (PKC)(SN)

CITY OF NEW YORK, et al.,

                Defendants.

-----------------------------------------------------------------x

Upon the application of defendants City of New York, et al., for leave to take the deposition of non-party Laurie Sperring, an inmate, and the Court having granted leave for the taking of plaintiff's deposition pursuant to Rule 30(a) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED UPON THE CONSENT OF THE CITY OF NEW YORK DEPARTMENT OF CORRECTION:** (1) that the Superintendent or other official in charge of the Rose M. Singer Center on Rikers Island produce inmate Laurie Sperring, Book & Case Number 541-14-01180, within the Rose M. Singer Center or another suitable facility, for the taking of her deposition via video conference link with the United States District Court for the Southern District of New York on February 12, 2015, at 10:30 a.m., and for so long thereafter, from day to day, as the deposition continues; (2) that inmate Laurie Sperring appear in such place as designated by the Superintendent or other official in charge of the Rose M. Singer Center so that her deposition may be taken; and

(3) that present at the Southern District of New York for the video-conference deposition will be Daniel Passeser, Esq., attorney for defendants, Michael Colihan, Esq., attorney for plaintiff Christian Patterson, and a court reporter to be designated by defendants.

Dated: New York, New York
       2/4            , 2015

_____
HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE