UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
CHRISTIAN PATTERSON,

        Plaintiff

       -against-
                                         **NOTICE OF MOTION**

THE CITY OF NEW YORK
DETECTIVE JOHN FAHIM
CAPTAIN WILLIAM RUSSO, DETECTIVE        14-cv-5330 (PKC)(SN)
JONMICHAEL RAGGI, Sh. #25725, DETECTIVE
MICHAEL ZAK, Sh. #05972, DETECTIVE ANTHONY
RICCI, Sh. #03652, SGT. IGNAZIO CONCA, Sh.#906
DETECTIVE CHRIS BRUNO, Sh. #3374, DETECTIVE
MATTHEW EDELMAN, Sh. #1856, P.O. STEVEN
SPINELLI, Sh.#18321, ROBERT WOODHOUSE
and POLICE OFFICER JOHN DOE 1-5
-----------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that upon the annexed Declaration of Michael Colihan dated

February 18, 2015, and the exhibits annexed thereto, plaintiff's Memorandum of Law in Support of

Motion for Sanctions, dated February 18, 2015 and upon all prior pleadings and proceedings had

herein, the plaintiff, Christian Patterson, will move this Court, before the Honorable Sarah Netburn,

United States Magistrate Judge, at the United States Courthouse for the Southern District of New York,

located at 500 Pearl Street, New York, NY 10007 at a date and time to be determined for an order

sanctioning the defendant City of New York and/or the counsel for the defendants for their conduct in

this action.

      **PLEASE TAKE FURTHER NOTICE**, that defendants are to serve their opposition papers

on the undersigned  pursuant to Local Rule 6.1 on or before February 25, 2015; and

      **PLEASE TAKE FURTHER NOTICE** that the moving plaintiff is to serve his reply papers,

pursuant to Local Rule 6.1, on or before February 27,2015

Dated:   Brooklyn, NY
        February 18, 2015

                                        MICHAEL COLIHAN
                                        Attorney for Plaintiff
                                        44 Court Street, Suite 906
                                        Brooklyn, NY 11201
                                        718 488 7788

To:**BY ECF and MAIL**
    Daniel Louis Passeser
    New York City Law Department
    Attorney For Defendants
    100 Church Street
    New York, NY 10007
    212-356-2322