UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

CHRISTIAN PATTERSON,

        Plaintiff

   -against-

                                              **NOTICE OF MOTION**

THE CITY OF NEW YORK
DETECTIVE JOHN FAHIM
CAPTAIN WILLIAM RUSSO, DETECTIVE        14-cv-5330 (PKC)(SN)
JONMICHAEL RAGGI, Sh. #25725, DETECTIVE
MICHAEL ZAK, Sh. #05972, DETECTIVE ANTHONY
RICCI, Sh. #03652, SGT. IGNAZIO CONCA, Sh.#906
DETECTIVE CHRIS BRUNO, Sh. #3374, DETECTIVE
MATTHEW EDELMAN, Sh. #1856, P.O. STEVEN
SPINELLI, Sh.#18321, ROBERT WOODHOUSE
and POLICE OFFICER JOHN DOE 1-5
------------------------------------------------------------------------x

    **PLEASE TAKE NOTICE** that upon the annexed Declaration of Michael Colihan dated February 18, 2015, and the exhibits annexed thereto, plaintiff's Memorandum of Law in Support of Motion for Sanctions, dated February 18, 2015 and upon all prior pleadings and proceedings had herein, the plaintiff, Christian Patterson, will move this Court, before the Honorable Sarah Netburn, United States Magistrate Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007 at a date and time to be determined for an order sanctioning the defendant City of New York and/or the counsel for the defendants for their conduct in this action.

    **PLEASE TAKE FURTHER NOTICE**, that defendants are to serve their opposition papers on the undersigned  pursuant to Local Rule 6.1 on or before February 25, 2015; and

    **PLEASE TAKE FURTHER NOTICE** that the moving plaintiff is to serve his reply papers, pursuant to Local Rule 6.1, on or before February 27,2015

Dated:   Brooklyn, NY
        February 18, 2015                      /s/ Signed- This is an electronic signature

                                            MICHAEL COLIHAN
                                            Attorney for Plaintiff
                                            44 Court Street, Suite 906
                                            Brooklyn, NY 11201
                                            718 488 7788

To:**BY ECF and MAIL**
    Daniel Louis Passeser
    New York City Law Department
    Attorney For Defendants
    100 Church Street
    New York, NY 10007
    212-356-2322