UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHRISTIAN PATTERSON,

                Plaintiff,

-against-

DETECTIVE JOHN FAHIM, DETECTIVE
JONMICHAEL RAGGI and CAPTAIN
WILLIAM RUSSO,

                Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-9-16

14-cv-5330 (PKC)

VERDICT SHEET

### Question 1:

Has plaintiff proven by a preponderance of the evidence that any defendant subjected him to the use of excessive force on June 5, 2014?

John Fahim:             Yes _____        No __X__

JonMichael Raggi:      Yes _____        No __X__

*If you answered "No" as to both defendants, your deliberations are finished. Sign and date the verdict sheet and return it to the Marshal.*

*If you answered "Yes," please proceed to Question 2*

### Question 2:

Has plaintiff proven by a preponderance of the evidence that any defendant had a reasonable opportunity to intervene and prevent the use of excessive force on June 5, 2014?

John Fahim:             Yes _____        No _____

JonMichael Raggi:      Yes _____        No _____

William Russo:         Yes _____        No _____

*If you answered yes to Question 1, please proceed to Question 3.*

## Question 3:

Has plaintiff proven by a preponderance of the evidence that he suffered compensatory damages as a result of being subjected to the intentional use of excessive force?

    Yes_____                      No_____

Only if you answered yes, state the total dollar amount of any actual compensatory damages that plaintiff has proven by a preponderance of the evidence that he is entitled to for being subjected to the intentional use of excessive force:

    $_____

*If you answered "No," please proceed to Question 4.*

**Question 4:** *(Answer only if you answered "Yes" to either part of Question 1 and "No" to Question 3.)*

What amount of nominal damages, not to exceed one dollar, do you award plaintiff on his excessive force claim?

    $_____

**Question 6:** *(Answer only if you answered "Yes" to Question 1.)*

State the total dollar amount of any punitive damages, if any, that you award as to each defendant on the excessive force claim:

    John Fahim:         $_____

    JonMichael Raggi:   $_____

**Question 7:** *(Answer only if you answered "Yes" to Question 2.)*

State the total dollar amount of any punitive damages, if any, that you award as to each defendant on the failure to intervene claim:

    John Fahim:         $_____

    JonMichael Raggi:   $_____

    William Russo:     $_____

**You have completed all questions. Please proceed to the signature line.**

## SIGNATURE

Foreperson, please sign and date the verdict sheet. Then, without disclosing your verdict, advise the Court in a note that you have reached a verdict and are ready to return to the courtroom to announce your verdict.

Dated: New York, New York
       March, 9       , 2016

_____
FOREPERSON