USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-11-16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHRISTIAN PATTERSON

               Plaintiff,

-against-

DETECTIVE JOHN FAHIM, DETECTIVE
JONMICHAEL RAGGI, and CAPTAIN
WILLIAM RUSSO,

               Defendants.
-----------------------------------------------------------X

14 CIVIL 5330 (PKC)

**JUDGMENT**

The issues in the above-entitled action having been brought on for trial before the Honorable p. Kevin Castel, United States District Judge, and a jury on March 7, 2016, and at the conclusion of the trial on March 9, 2016, the jury having returned a verdict in favor of the defendants, it is,

**ORDERED, ADJUDGED AND DECREED:** That the Complaint be and it is hereby dismissed.

DATED: New York, New York
             March 11, 2016

SO ORDERED:

_____
USDJ

RUBY J. KRAJICK
_____
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____